### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**WILLIAM CHRISTIPHER PALMER,**

*Plaintiff,*

v.

**COMMISSIONER OF SOCIAL SECURITY,**

CAUSE NO. 3:25-CV-30-CWR-LGI

*Defendant.*

### ORDER ON MOTION FOR ATTORNEY'S FEES

Before the Court is Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff seeks EAJA attorney's fees in the amount of $7,350.00 (30.0 hours multiplied by $245.00 hourly rate), plus $405.00 in total costs.

In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. This Court remanded this case to the Commissioner for further proceedings.

For good cause shown, the Court finds Plaintiff's counsel is entitled to an award of fees; the amount of fees is reasonable; and no special circumstances would make this award unjust. Therefore, $7,350.00 in EAJA fees and $405.00 for costs in this present case (the Commissioner did not have an objection to Plaintiff's motion, *see* Docket No. 13 at 4) for a grand total of $7,755.00 should be made payable to Plaintiff and delivered to Plaintiff's attorney.

**SO ORDERED**, this the 23rd day of June 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

1